**UNITED STATES of America, Plaintiff—Appellee,**

v.

**John Dennis TODMAN, Defendant—Appellant.**

**No. 03–10642.**

United States Court of Appeals, Ninth Circuit.

Submitted June 14, 2005.*

Decided June 17, 2005.

Michael Kemp, USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Tara Allen, Esq., Tempe, AZ, for Defendant–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: KLEINFELD, TASHIMA and THOMAS, Circuit Judges.

## MEMORANDUM **

John Dennis Todman appeals the revocation of his probation and the sentence of time-served followed by 36 months of supervised release imposed upon the revocation. We have jurisdiction pursuant to 28 U.S.C. § 1291.

Following our order of December 1, 2004, Todman's counsel has submitted a renewed motion to withdraw as counsel of record pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), together with a supplemental brief stating that she has found no meritorious issues for review. Appellant did not file a supplemental pro se brief, and the government did not file a brief.

Our consideration of counsel's brief and our independent review of the record under *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief. Accordingly, counsel's motion to withdraw is GRANTED, and the district court's judgment is AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

